The Honorable Ronald B. Leighton, Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BECKER FAMILY BUILDERS CO-PLAINTIFFS GROUP<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for WESTSOUND BANK ; and WSB FINANCIAL GROUP, INC.,<br>Defendant(s). | Case No. **3:09-cv-05477-RBL**<br><br>NOTICE OF RELATED CASES |

TO: The Clerk of the Above-Entitled Court;

TO: The Honorable Ronald B. Leighton, Judge,

TO: Bruce A. McDermott, of Garvey Schubert Barer, Attorneys for Federal Deposition Insurance Corporation, as Receiver for Westsound Bank, Defendant, and

TO: Thomas A. Sterken, of Keller Rohrback, LLP, attorneys for WSB Financial Group, Inc., Defendant.

Notice of Related Cases        - Page 1 -

MUELLER & ASSOCIATES, INC., P.S.
ATTORNEYS AT LAW
2050 – 112th Avenue N.E. Suite 110
Bellevue, Washington 98004
Phone (425) 457-7600;
(FAX) (425) 457-7601

The Plaintiffs, Becker Family Builders Co-Plaintiffs Group, composed of Jerry Becker and Mary Ann Becker, individually, and JMB Enterprises; Richard Sanders and Shelly Sanders, individually and Sanders Enterprises, Inc.; Matt Templeton and Cher Templeton, individually, and Creative Structures & Design; Joseph Christman and Kristin Christman, individually, and JKC Properties, LLC; and Robert Burlingame & Burlingame Construction, acting through their attorney of record, Edward L. Mueller of Mueller & Associates, Inc. P.S.; **hereby give Notice of Related Cases, as follows:**

The above named case, *__Becker Family Builders Co-Plaintiffs Group, plaintiffs, v. Federal Deposit Insurance Corporation, as Receiver for Westsound Bank ; and WSB Financial Group, Inc., defendants,__* United States District Court, WAWD (Tacoma) Case No. 3:09-cv-05477-RBL, is related to the following two cases listed below:

1. __Federal Deposit Insurance Corporation, as Receiver for Westsound Bank__, Plaintiffs, v. __Jerry F. Becker; Mary-Ann Becker; And JFB Properties, LLC__, Defendants. United States District Court, WAWD (Tacoma) __Case No. 3:09-cv-05476-RJB;__

2. __Westsound Bank,__ Plaintiff, v. __Joseph R. Christman and Kristin E. Christman__, Defendants, Washington State Superior Court, Kitsap County Case No. 08-2-02723-8.

All three cases were originally filed in Washington State Superior Court in Kitsap County. All three cases were the subject of a motion to consolidate the cases brought in Kitsap County Superior Court Case No.09-2-00662-0[1] (hereinafter KCSC 09-2-00662-0) by the Becker Family Group Co-Plaintiffs (when they were represented by their prior attorney, John P. Abrams,)

//

---

[1] This case is now USDC, WAWD (Tacoma) 3:09-cv- 05477-RBL

**Notice of Related Cases**          - Page 2 -          MUELLER & ASSOCIATES, INC., P.S.
ATTORNEYS AT LAW
2050 – 112th Avenue N.E. Suite 110
Bellevue, Washington 98004
Phone (425) 457-7600;
(FAX) (425) 457-7601

while Westsound Bank, was still open and functioning, and prior to any intervention by the Federal Deposit Insurance Corporation[2] (hereinafter FDIC). The Motion to Consolidate was denied by the Kitsap County Superior Court without prejudice to renew the motion at a later date.[3]

As of this date the FDIC has moved to intervene in and remove to federal court only two of the three cases referenced above as related. In the third case, <u>Westsound Bank,</u> Plaintiff, v. <u>Joseph R. Christman and Kristin E. Christman</u>, Defendants, Washington State Superior Court, Kitsap County Case No. 08-2-02723-8, (hereinafter KCSC No. 08-2-02723-8) apparently the FDIC has not has not intervened, nor assigned legal counsel to the case, nor attempted to remove the case to federal court, although the FDIC apparently claims the right to do so, given the reputed communications between the FDIC staff and Joseph Christman, one of the named defendants in KCSC No. 08-2-02723-8.

---

[2] Westsound Bank was named a defendant in the Kitsap County Superior Court Case No. 9-2-00662-0 in which the FDIC became substituted as defendant, and removed that case to federal court in Case No. 3:09-cv-05477-RBL (the above-entitled case in which this document is filed.) Westsound Bank was the Plaintiff in the Kitsap County Superior Court Case No. 08-2-2722-0, in which the FDIC became substituted as Plaintiff, and removed that case to federal court in Case No. 3:09-cv-05476-RJB. Westsound Bank was and still is the named Plaintiff in Kitsap County Superior Court Case No. 08-2-02723-8 (the third Kitsap County Superior Court case,) and it has not been removed to federal district court.

[3] Whether the FDIC has an obligation (as distinguished from an optional right) to intervene in KCSC No. 08-2-02723-8 is an interesting question. Westsound Bank asserted the right to enforce the loans against the Christmans in that lawsuit. Westsound Bank (and its parent corporation, WSB Financial Group, Inc.) both still exist as corporations as of October 15, 2009, according to the web site of the Corporation Division of the Washington State Secretary of State's Office. If the FDIC fails to intervene in that case as receiver for Westsound Bank, it would appear that Westsound Bank may have a right to deal with the loan to the Christmans as the bank's asset. However, assuming that Westsound Bank is administratively dissolved before the FDIC intervenes in KCSC 08-2-02723-8 (an event that has not happened but could happen) then the Christman loan may be owned by WSB Financial Group, Inc. the sole shareholder of Westsound Bank.

**Notice of Related Cases**   - Page 3 -

MUELLER & ASSOCIATES, INC., P.S.
ATTORNEYS AT LAW
2050 – 112th Avenue N.E. Suite 110
Bellevue, Washington 98004
Phone (425) 457-7600;
(FAX) (425) 457-7601

It is the intent of the <u>Becker Family Builders Co-Plaintiffs Group</u>, plaintiffs in United States District Court, WAWD (Tacoma) Case No. 09-cv-05477-RBL to move to consolidate the three cases at an appropriate time in the near future because the subject matter of the litigation in all three cases (a series of construction loans) and the related issues of fact and law in all three cases concerning the pattern of failure and delays of Westsound Bank to fund the construction draws in the construction loans are similar and interrelated.

However, counsel for Plaintiffs in this Case No. 3:09-cv-05477-RBL plans to consult with legal counsel of record for the FDIC, concerning:

(1) the current status of the three cases;

(2) some preliminary procedural subjects concerning the possible failure of the FDIC (the removing party) to remove to federal court what appear to be relevant documents in the two Kitsap County Superior Court files in which removal has occurred, so that the federal Court is fully informed as to what was pending, and the status of state court proceedings before removal; and

(3) inquire through FDIC's legal counsel in the two cases that have been removed to federal district court as to the FDIC's plans, if any, with respect to the third case, KCSC08-2-02723-8, still languishing in the Kitsap County Superior Court.

Plaintiff's Counsel is aware of the Minute Order dated August 10, 2009 issued in this case[4] by the Honorable Karen L. Strombom, Chief Magistrate Judge concerning (1) initial scheduling dates, (2) the initial Joint Status Report and Discovery Plan, and (3) other provisions. Plaintiff's Counsel, Edward L. Mueller, did not represent the

---

[4] USDC, WAWD (Tacoma) 3:09-cv- 05477-RBL

**Notice of Related Cases**   - Page 4 -

<u>MUELLER & ASSOCIATES, INC., P.S.</u>
ATTORNEYS AT LAW
2050 – 112th Avenue N.E. Suite 110
Bellevue, Washington 98004
Phone (425) 457-7600;
(FAX) (425) 457-7601

Plaintiffs in this case in KCSC No. 9-2-00662-0 prior to its removal by the FDIC, or either of the related cases at the time this case was removed by the FDIC. However, given the fact that the plaintiffs' original complaint was 33 pages long, and appears to assert claims for damages arising from (1) negligent misrepresentation, (2) violations of the Washington State unfair business practices consumer protection act. (3) breach of contract, (4) promissory estoppel, and (5) unjust enrichment indicates that this case probably is reasonably complex. In addition, it reasonable appears that this case concerns multiple loans between Westsound Bank and the multiple plaintiffs, and that the development of the evidence concerning the issues of law and fact common to the fact patterns alleged in the original complaint will involve extensive discovery and the testimony of numerous witnesses.

In short, at this stage of the proceedings it appears that this case probably will involve more complexity than the average breach of construction loan contract case.

DATED this 21nd day of October, 2009.

MUELLER & ASSOCIATES, INC., P.S.

*Edward L. Mueller*

Edward L. Mueller, WSBA #264
Attorney for Becker Family Builders
Co-Plaintiffs Group

Contact Information:
Edward L. Mueller
Mueller & Associates, Inc. P.S.
2050 112th Avenue, N.E., Suite 110
Bellevue, WA 98004
Tel. # (425) 457 7600
Fax # (425) 457 7601
e-mail: elm@muellerlawfirm.net

Notice of Related Cases - Page 5 -

MUELLER & ASSOCIATES, INC., P.S.
ATTORNEYS AT LAW
2050 – 112th Avenue N.E. Suite 110
Bellevue, Washington 98004
Phone (425) 457-7600;
(FAX) (425) 457-7601

# CERTIFICATE OF SERVICE.

I hereby certify that on October 21, 2009, I caused a copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send e-mail notification of such filing to the following participant at his e-mail address:

Counsel for Federal Deposit Insurance Corporation, Receiver for Westsound Bank, Defendant:

Bruce A. McDermott, attorney at law,
Garvey Schubert Barer
bmcdermott@gsblaw.com, lnaish@gsblaw.com

In addition, I certify that on October 21, 2009, I caused to be mailed by first class mail, postage prepaid, a copy of this foregoing document to Counsel of record for WSB Financial Services, Inc., Defendant, whose name and address is as follows:

> Thomas A. Sterken, Attorney at Law
> Keller Rohrback LLP
> 1201 Third Avenue, Suite 3200
> Seattle, WA 98101;

And faxed a copy of the same document to Thomas A. Sterken at (206) 623-3384.

Dated October 21, 2009.

_Edward L. Mueller_
Edward L. Mueller

MUELLER & ASSOCIATES, INC., P.S.
ATTORNEYS AT LAW
2050 – 112th Avenue N.E. Suite 110
Bellevue, Washington 98004
Phone (425) 457-7600;
(FAX) (425) 457-7601