UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BECKER FAMILY BUILDERS CO-PLAINTIFFS GROUP,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for WESTSOUND BANK; and WSB FINANCIAL GROUP, INC.,<br><br>　　　　　Defendants. | CASE NO. C09-5477RJB<br><br>**ORDER ON DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION'S NOTICE OF SETTLEMENT OF TEMPLETONS' CLAIMS AND MOTION FOR SUMMARY JUDGMENT ON THE TEMPLETONS' CLAIMS UNDER CR 56(b)** |

　　　This matter comes before the Court on the Defendant Federal Deposit Insurance Corporation's ("FDIC") Notice of Settlement of Templetons' Claims. Dkt. 85. The Court has reviewed the pleadings filed and the record herein.

　　　The FDIC, as receiver for Westsound Bank, and Plaintiffs Matthew A. Templeton, Cher Templeton, and Creative Structures and Designs, Inc. ("Templetons"), have reach a tentative settlement. Dkt. 85. The FDIC states that the parties anticipate that final paperwork will be filed in around 30 days. *Id.* The FDIC states that this settlement does not effect the claims of the other Plaintiffs. *Id.* The FDIC's Motion for Summary Judgment on the Templetons' Claims under CR 56(b) is currently pending. Dkt. 37. Trial is set to begin October 18, 2010.

　　　The pending motion for summary judgment regarding the Templetons' claims (Dkt. 37)

ORDER
Page 1

should be stricken as moot. The settlement paperwork should be filed on or before October 15, 2010.

### III. ORDER

Accordingly, it is hereby **ORDERED** that:

- Defendant Federal Deposit Insurance Corporation's Motion for Summary Judgment on the Templetons' Claims under CR 56(b)(Dkt. 37) is **STRICKEN AS MOOT**;
- The settlement paperwork between the FDIC and the Templetons should be filed on or before **October 15, 2010.**

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 14th day of September, 2010.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge